ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| EHW Constructors, a Joint Venture | )     ASBCA No. 60549 |
| | ) |
| Under Contract No. N44255-12-C-3008 | ) |

APPEARANCES FOR THE APPELLANT:    G. Scott Walters, Esq.
                                           Steven L. Reed, Esq.
                                              Smith, Currie & Hancock LLP
                                            Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                           Navy Chief Trial Attorney
                                           Henry D. Karp, Esq.
                                           Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 22 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60549, Appeal of EHW Constructors, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals